

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2014

No. 04-14-00054-CR

Marcus Anthony **ROBINSON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR0413
Honorable Ron Rangel, Judge Presiding

### O R D E R

The court reporter has filed a third notification of late reporter's record, requesting an extension to June 7, 2014. We GRANT the court reporter's request and ORDER her to file the reporter's record on or before June 9, 2014. NO FURTHER EXTENSIONS WILL BE GRANTED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court